UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

----------------------------------------------------------------X

03-MDL-1570 (GBD)(SN)


Sharon Karibian as the Administrator of the Estate of Lee Karibian, and on behalf of all survivors of Lee Karibian, deceased
Amy Karibian as the Child of Lee Karibian, deceased
Sharon Karibian as the Child of Lee Karibian, deceased
Karen Karibian as the Child of Lee Karibian, deceased
Susan Ortlieb as the Child of Lee Karibian, deceased

Kazimierz Iwaniak

Waldemar Klimaszewski

Bozena Koloch

Debra Komar, as Administrator of the Estate of Dennis Komar and on behalf of all survivors of Dennis Komar, deceased
Debra Komar, as the spouse of Dennis Komar, deceased

Renata Wojcik as the Co-Administrator of the Estate of Anatol Koszelnik and on behalf of all survivors of Anatol Koszelnik, deceased
Renata Wojcik as the child of Anatol Koszelnik, deceased
Mariusz Koszelnik as the Co-Administrator of the Estate of Anatol Koszelnik and on behalf of all survivors of Anatol Koszelnik, deceased
Mariusz Koszelnik, as the child of Anatol Koszelnik, deceased

Krzysztof Kowalski

Krzysztof Ignacy Kowalski

Andrzej Kozera

Vlasta Krysiuk as the Personal Representative and/or

18 cv 11727
**(GBD)(SN)**

**SAUDI ARABIA SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY**

proposed Administrator of the Estate of Ryszard Krysiuk, and on behalf of all survivors of Ryszard Krysiuk, deceased
Vlasta Krysiuk, as the spouse of Ryszard Krysiuk, deceased
Beata Moczulska, as the child of Ryszard Krysiuk, deceased

Marisa Almeda Lecki as the Administrator of the Estate of Krzysztof Lecki, and on behalf of all survivors of Krzysztof Lecki, deceased
Marisa Almeda Lecki, as the spouse of Krzysztof Lecki, deceased
Peter Lecki, as the Sibling of Krzysztof Lecki, deceased

Barbara Niewojt as the Administrator of the Estate of Slawomir Lejtman, and on behalf of all survivors of Slawomir Lejtman, deceased
Daniel Lejtman, as the child of Slawomir Lejtman, deceased
Sabina Lejtman, as the parent of Slawomir Lejtman, deceased

Shakina Shaw, as the Administrator of the Estate of Michael K. Lewis and on behalf of all survivors of Michael K. Lewis, deceased
Shakina Shaw, as the child of Michael K Lewis, deceased

Peter Lizzio as the Executor of the Estate of Marian Lizzio, and on behalf of all survivors of Marian Lizzio, deceased

Patrick Anicette, as the Administrator of the Estate of Modeline Lors-Anicette, and on behalf of all survivors of Modeline Lors-Anicette, deceased
Patrick Anicette, as the spouse of Modeline Lors-Anicette, deceased

Antoni Lysomirski

Danielle Coll as the Administrator of the Estate of Carmine Maachia, and on behalf of all survivors of Carmine Macchia, deceased
Danielle Coll, as the child of Carmine Macchia, deceased
Loretta Macchia, as the spouse of Carmine Macchia, deceased

John Machado, as Administrator of the Estate of the Dana Machado and on behalf of all survivors of Dana Machado, deceased
John Machado, as the Sibling of Dana Machado, deceased

Maria Meneses

John Merlino

Derrick A. Mickels, as the Administrator of the Estate of Antionette Mickels and on behalf of all survivors of Antionette Mickels, deceased
Derrick A. Mickels, as the Child of Antionette Mickels, deceased

Stephanie Mitchell-Cloud

Luis Morales

Angelika Motyka-Klusek, as the Administrator of Jozef Motyla, and on behalf of all survivors of Jozef Motyla, deceased
Angelika Motyka-Klusek, as the child of Jozef Motyla, deceased

Katarzyna Filipkowska, as the Personal Representative and/or proposed Administrator of Jerzy Mrozek and on behalf of all survivors of Jerzy Mrozek, deceased
Katarzyna Filipkowska, as the child of Jerzy Mrozek, deceased
Magdalena Mrozek, as the child of Jerzy Mrozek, deceased

Slawmir Karpinski as the Administrator of the Estate of Maciej Muszalski and on behalf of all survivors of Maciej Muszalski, deceased
Anna Kraupe, as the sibling of Maciej Muszalski, deceased
Boleslawa Muszalska, as the parent of Maciej Muszalski, deceased
Pawel Muszalski, as the sibling of Maciej Muszalski, deceased
Piotr Muszalski, as the sibling of Maciej Muszalski, deceased

Brian R Jones as the Administrator of the Estate of Trina Newton and on behalf of all survivors of Trina Newton, deceased
Brian R Jones as the Child of Trina Newton, deceased

Ronalda Nicholas as the Administrator of the Estate of Grayce N Nicholas, and on behalf of all survivors of Grayce N Nicholas, deceased
Ronalda Nicholas as the Child of Grayce N Nicholas,

deceased

Leszek Oniszczuk

Maritza Mendez as the Administrator of the Estate of Carlos Oquendo, and on behalf of all survivors of Carlos Oquendo, deceased

Fermin Ortiz as the Administrator of the Estate of Fermin Ortiz, and on behalf of all survivors of Fermin Ortiz, deceased

Halyna Uhlyk as the Administrator of the Estate of Jaroslav Ouglyk, and on behalf of all survivors of Jaroslav Ouglyk, deceased
Halyna Uhlyk, as the child of Jaroslav Ouglyk, deceased

Daysi Paladines

Sanjiv Panchal

Michael Paschette

Joseph Paterra

Jasmine Perry, as the Personal Representative and/or Proposed Administrator of the Estate of Felicia Perry Bonkano, and on behalf of all survivors of Felicia Perry-Bonkano, deceased
Jasmine Perry as the child of Felicia Perry-Bonkano, deceased
Jasmine Perry, as the legal guardian of a minor child S. B., as the minor child of Felicia Perry-Bonkano, deceased

Elizabeth Phelan as the Administrator of the Estate of William Phelan Jr, and on behalf of all survivors of William Phean Jr, deceased
Elizabeth Phelan as the Spouse of William Phelan Jr, deceased

Pawel Piatkowski

Jan Pietrzyk

Kazimierz Prosniewski

Diane Ramos

Raymond Reilly

Dennis Reilly

Sara Salerno

Irwin Schiff as the Administrator of the Estate of Sandra Schiff, and on behalf of all survivors of Sandra Schiff, deceased
Irwin Schiff as the Sibling of Sandra Schiff, deceased
Robert Shannon, as the Administrator of the Estate of James Shannon and on behalf of all survivors of James Shannon, deceased
Robert Shannon, as the sibling of James Shannon, deceased
Louise Shannon, as the parent of James Shannon, deceased

Sharon Smalls, as the Administrator of the Estate of Joshua Smalls and on behalf of all survivors of Joshua Smalls, deceased
Sharon Smalls, as the spouse of Joshua Smalls, deceased
Joshua Smalls II, as the child of Joshua Smalls, deceased

Liesim Soegino as the Administrator of the Estate of Arnold Soegino, and on behalf of all survivors of Arnold Soegino, deceased
Liesim Soegino as the Spouse of Arnold Soegino, deceased
Edward St. Thomas as the Administrator of the Estate of John St. Thomas and on behalf of all survivors of John St. Thomas, deceased
Edward St. Thomas, as the parent of John St. Thomas, deceased

Bartosz Bilinski, as the Administrator of the Estate of Jerzy Stefanski, and on behalf of all survivors of Jerzy Stefanski, deceased
Modesta Stefanska as the spouse of Jerzy Stefanski, deceased
Marcin Stefanski as the child of Jerzy Stefanski, deceased
Jakub Stefanski as the child of Jerzy Stefanski, deceased
Katarzyna Stefanska as the child of Jerzy Stefanski, deceased

GA Eleonora Supit as the Administrator of the Estate of Constantijn Supit, and on behalf of all survivors of Constantin Supit, deceased
GA Eleonora Supit as the Spouse of Constantijn Supit,

deceased
Alexander Supit as the Child of Constantijn Supit, deceased
Caroline Tuwaidan as the Child of Constantijn Supit, deceased

Lorraine Margiotta, as the Administrator of the Estate of Russell Torraco and on behalf of all survivors of Russell Torraco, deceased
Lorraine Margiotta, as the child of Russell Torraco, deceased

PLAINTIFFS,

V.

KINGDOM OF SAUDI ARABIA and SAUDI HIGH COMMISSION FOR RELIEF OF BOSNIA & HERZEGOVINA

DEFENDANTS

------------------------------------------------------------------X

Plaintiffs named herein by and through the undersigned counsel file this Amended Short Form Complaint against Defendants, the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina, arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of July 10, 2018, ECF No. 4540 and as ordered on August 9, 2018 ECF No.4092. (Attached hereto as Appendix 2). Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia et al., ECF No. 3463, or (b) the Complaint Against the Kingdom of Saudi Arabia, Ashton v. Kingdom of Saudi Arabia, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1.

Upon filing this Saudi Arabia Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction is premised on the grounds set forth in the complaints specified below, and further, jurisdiction of this Saudi Arabia Short Form Complaint is premised upon and applicable to all defendants in this action:

[x]   28 U.S.C. § 1605(a)(5) (non-commercial tort exception)

[x]   28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act)

[x]   28 U.S.C. § 1330 (actions against foreign states)

[ ]   Other (set forth below the basis of any additional ground for jurisdiction and plead such in sufficient detail as per the FRCP):

_____

_____

## CAUSES OF ACTION

3. Each Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [**check only one complaint**] and the following causes of action set forth in that

complaint:

**[ x ] Consolidated Amended Complaint as to the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina, ECF No. 3463 (check all causes of action that apply)**

    [ x ]    COUNT I – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA).

    [ x ]    COUNT II – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a).

    [ x ]    COUNT III – Committing Acts of International Terrorism in violation of 18 U.S.C. § 2333.

    [ x ]    COUNT IV – Wrongful Death.

    [ x ]    COUNT V – Survival.

    [ x ]    COUNT VI – Alien Tort Claims Act.

    [ x ]    COUNT VII – Assault and Battery.

    [ x ]    COUNT VIII – Conspiracy.

    [ x ]    COUNT IX – Aiding and Abetting.

    [ x ]    COUNT X – Intentional Infliction of Emotional Distress.

    [ x ]    COUNT XII – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Supervising Employees and Agents.

    [ x ]    COUNT XIII – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents.

    [ x ]    COUNT XIV – 18 U.S.C. § 1962(a)–(d) – CIVIL RICO.

    [ x ]    COUNT XV – Trespass.

    [ x ]    COUNT XVI – Violations of International Law.

**[ ] Complaint Against the Kingdom of Saudi Arabia, <u>Ashton v. Kingdom of Saudi Arabia</u>, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF**

**No. 1 (check all causes of action that apply)**

[ ]    First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

[ ]    First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

[ ]    Second Cause of Action for Wrongful Death Damages Pursuant to State Tort Law

[ ]    Second Cause of Action for Personal Injury Damages Pursuant to State Tort Law

[ ]    Third Cause of Action for Wrongful Death Damages Pursuant to the Alien Tort Claims Act

[ ]    Third Cause of Action for Personal Injury Damages Pursuant to the Alien Tort Claims Act

[ ]    Each Plaintiff asserts the following additional theories and/or Causes of Action against the Kingdom of Saudi Arabia: __

---

## IDENTIFICATION OF PLAINTIFFS

4.    The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Saudi Arabia Short Form Complaint, herein referred to as "Plaintiffs."

a.    The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Saudi Arabia Short Form Complaint.

b.    Plaintiff is entitled to recover damages on the causes of action set forth in this Saudi Arabia Short Form Complaint.

c.    As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist

Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

d.   For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

e.   For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Saudi Arabia Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

f.   The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANTS

5.   The Defendants named in this Saudi Arabia Short Form Complaint are the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina.

## NO WAIVER OF OTHER CLAIMS

6.   By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

7.     By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

8.     Each Plaintiff hereby demands a trial by jury as to the claims in this action.


WHEREFORE, Plaintiffs pray for relief and judgment against Defendants as set forth in this Saudi Arabia Short Form Complaint as appropriate.


Dated: December  14, 2018           Respectfully Submitted on behalf of the Plaintiffs:

By: Robert A. Grochow, Esq.    (RG1890)
The Fuchsberg-Cannata Law Firms
Gregory J. Cannata & Associates, LLP
60 East 42 Street, Suite 932
New York, NY 10165
Tel: 212-553-9205
Fax: 212-227-4141
Gregory J. Cannata, Esq.: cannata@cannatalaw.com
Robert A. Grochow, Esq.: rgrochow@aol.com

and

          s/
By: Alan J. Fuchsberg, Esq.
The Fuchsberg-Cannata Law Firms
JACOB FUCHSBERG LAW FIRM
3 Park Avenue, 37 Fl
New York, NY 10016
Tel: 212-869-3500
Fax: 212-398-1532
Alan Fuchsberg, Esq: a.fuchsberg@fuchsberg.com
Bradley Zimmerman, Esq.:
b.zimmerman@fuchsberg.com
                    Counsel for Plaintiff(s)

Defendants:
**KINGDOM OF SAUDI ARABIA**
c/o Michael K. Kellogg, Esq.

Kellogg, Hansen, Todd, Figel & Frederick, L.L.C
*Attorneys for Kingdom of Saudi Arabia*
1615 M Street N.W. Suite 400
Washington, DC 20036-3215
Tel: 202-326-7900

**SAUDI HIGH COMMISSION FOR RELIEF OF BOSNIA & HERZEGOVINA**
c/o Roy T. Englert, Jr., Esq.
Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP
Attorneys for Saudi High Commission for Relief of Bosnia & Herzegovina
1801 K Street N.W. Suite 411L
Washington, DC  20006
Tel: 202-775-4503

# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|---|
| 1. | Karibian | Sharon | New York | United States | Lee Karibian | Administrator | United States | PI and WD |
| 2. | Karibian | Amy | Massachusetts | United States | Lee Karibian | Child | United States | Solatium |
| 3. | Karibian | Sharon | New York | United States | Lee Karibian | Child | United States | Solatium |
| 4. | Karibian | Karen | New York | United States | Lee Karibian | Child | United States | Solatium |
| 5. | Ortlieb | Susan | California | United States | Lee Karibian | Child | United States | Solatium |
| 6. | Iwaniak | Kazimierz | New York | Poland | N/A | Self | N/A | Personal Injury |
| 7. | Klimaszewski | Waldemar | New York | Poland* | N/A | Self | N/A | Personal Injury |
| 8. | Koloch | Bozena | Florida | United States | N/A | Self | N/A | Personal Injury |
| 9. | Komar | Debra | New York | United States | Dennis Komar | Administrator | United States | PI and WD |

Case 1:18-cv-11727-GBD-SN   Document 1   Filed 12/14/18   Page 13 of 20

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10. | Komar | Debra | New York | United States | Dennis Komar | Spouse | United States | Solatium |
| 11. | Wojcik | Renata | New Jersey | Poland* | Anatol Koszelnik | Co-Administrator | Poland | PI and WD |
| 12. | Wojcik | Renata | New Jersey | Poland* | Anatol Koszelnik | Child | Poland | Solatium |
| 13. | Koszelnik | Mariusz | New Jersey | Poland* | Anatol Koszelnik | Co-Administrator | Poland | PI and WD |
| 14. | Koszelnik | Mariusz | New Jersey | Poland* | Anatol Koszelnik | Child | Poland | Solatium |
| 15. | Kowalski | Krzysztof | New York | Poland | N/A | Self | N/A | Personal Injury |
| 16. | Kowalski | Krzysztof Ignacy | New York | Poland | N/A | Self | N/A | Personal Injury |
| 17. | Kozera | Andrzej | New York | Poland | N/A | Self | N/A | Personal Injury |
| 18. | Krysiuk | Vlasta | Poland | Poland | Ryszard Krysiuk | Personal Representative and/or proposed Administrator | Poland | PI and WD |
| 19. | Krysiuk | Vlasta | Poland | Poland | Ryszard Krysiuk | Spouse | Poland | Solatium |
| 20. | Moczulska | Beata | Poland | Poland | Ryszard Krysiuk | Child | Poland | Solatium |
| 21. | Lecki | Marisa Almeda | New York | Poland | Krzysztof Lecki | Administrator | Poland | PI and WD |
| 22. | Lecki | Marisa Almeda | New York | Poland | Krzysztof Lecki | Spouse | Poland | Solatium |
| 23. | Lecki | Peter | Hawaii | United States | Krzysztof Lecki | Sibling | Poland | Solatium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 24. | Niewojt | Barbara | New York | Poland | Slawomir Lejtman | Administrator | Poland | PI and WD |
| 25. | Lejtman | Daniel | Denmark | Poland | Slawomir Lejtman | Child | Poland | Solatium |
| 26. | Lejtman | Sabina | Poland | Poland | Slawomir Lejtman | Parent | Poland | Solatium |
| 27. | Shaw | Shakina | New York | United States | Michael K. Lewis | Administrator | United States | PI and WD |
| 28. | Shaw | Shakina | New York | United States | Michael K. Lewis | Daughter | United States | Solatium |
| 29. | Lizzio | Peter | New York | United States | Marian Lizzio | Executor | United States | PI and WD |
| 30. | Anicette | Patrick | New Jersey | United States | Modeline Lors-Anicette | Administrator | Haiti | PI and WD |
| 31. | Anicette | Patrick | New Jersey | United States | Modeline Lors-Anicette | Spouse | Haiti | Solatium |
| 32. | Lysomirski | Antoni | Poland | Poland | N/A | Self | N/A | Personal Injury |
| 33. | Coll | Danielle | New York | United States | Carmine Macchia | Administrator | United States | PI and WD |
| 34. | Coll | Danielle | New York | United States | Carmine Macchia | Child | United States | Solatium |
| 35. | Macchia | Loretta | New York | United States | Carmine Macchia | Spouse | United States | Solatium |
| 36. | Machado | John J. | New Jersey | United States | Dana Machado | Administrator | United States | PI and WD |
| 37. | Machado | John J. | New Jersey | United States | Dana Machado | Sibling | United States | Solatium |
| 38. | Meneses | Maria | New York | United States* | N/A | Self | N/A | N/A |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 39. | Merlino | John | New York | United States | N/A | Self | N/A | Personal Injury |
| 40. | Mickels | Derrick A. | New York | United States | Antionette Mickels | Administrator | United States | PI and WD |
| 41. | Mickels | Derrick A. | New York | United States | Antionette Mickels | Child | United States | Solatium |
| 42. | Mitchell-Cloud | Stephanie | New York | United States | N/A | Self | N/A | Personal Injury |
| 43. | Morales | Luis | Florida | United States | N/A | Self | N/A | Personal Injury |
| 44. | Motyka-Klusek | Angelika | Pennsylvania | Poland | Jozef Motyla | Administrator | Poland | PI and WD |
| 45. | Motyka-Klusek | Angelika | Pennsylvania | Poland | Jozef Motyla | Child | Poland | Solatium |
| 46. | Filipkowska | Katarzyna | New York* | Poland* | Jerzy Mrozek | Personal Representative and/or proposed administrator | Poland* | PI and WD |
| 47. | Filipkowska | Katarzyna | New York* | Poland* | Jerzy Mrozek | Child | Poland* | Solatium |
| 48. | Mrozek | Magdalena | Poland* | Poland | Jerzy Mrozek | Child | Poland* | Solatium |
| 49. | Karpinski | Slawomir | New York | United States | Maciej Muszalski | Administrator | Poland | PI and WD |
| 50. | Kraupe | Anna | Poland | Poland | Maciej Muszalski | Sibling | Poland | Solatium |
| 51. | Muszalska | Boleslawa | Poland | Poland | Maciej Muszalski | Parent | Poland | Solatium |
| 52. | Muszalski | Pawel | Poland | Poland | Maciej Muszalski | Sibling | Poland | Solatium |
| 53. | Muszalski | Piotr | Poland | Poland | Maciej Muszalski | Sibling | Poland | Solatium |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 54. | Jones | Brian R | New York | United States | Trina Newton | Administrator | United States | PI and WD |
| 55. | Jones | Brian R | New York | United States | Trina Newton | Child | United States | Solatium |
| 56. | Nicholas | Ronalda | New York | United States | Grayce N. Nicholas | Administrator | United States | PI and WD |
| 57. | Nicholas | Ronalda | New York | United States | Grayce N. Nicholas | Child | United States | Solatium |
| 58. | Oniszczuk | Leszek | New York | Poland | N/A | Self | N/A | Personal Injury |
| 59. | Mendez | Maritza | Pennsylvania | United States | Carlos Oquendo | Administrator | United States | PI and WD |
| 60. | Ortiz | Fermin | New York | United States | Fermin Ortiz | Administrator | United States | PI and WD |
| 61. | Uhlyk | Halyna | New York | Ukrainian | Jaroslav Ouglyk | Administrator | United States | PI and WD |
| 62. | Uhlyk | Halyna | New York | Ukrainian | Jaroslav Ouglyk | Child | United States | Solatium |
| 63. | Paladines | Daysi | New York | Ecuador | N/A | Self | N/A | Personal Injury |
| 64. | Panchal | Sanjiv | New York | United States | N/A | Self | N/A | Personal Injury |
| 65. | Paschette | Michael | New York | United States | N/A | Self | N/A | Personal Injury |
| 66. | Paterra | Joseph | New York | United States | N/A | Self | N/A | Personal Injury |
| 67. | Perry | Jasmine | New York | United States | Felicia Perry-Bonkano | Personal Representative and/or Proposed Administrator | United States | PI and WD |
| 68. | Perry | Jasmine | New York | United States | Felicia Perry-Bonkano | Child | United States | Solatium |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 69. | Perry, as the legal guardian of a ~~minor child C. P.~~ | Jasmine | New York | United States | Felicia Perry-Bonkano | Child | United States | Solatium |
| 70. | Phelan | Elizabeth | Florida | United States | William Phelan, Jr. | Administrator | United States | PI and WD |
| 71. | Phelan | Elizabeth | Florida | United States | William Phelan, Jr. | Spouse | United States | Solatium |
| 72. | Piatkowski | Pawel | Poland | United States | N/A | Self | N/A | Personal Injury |
| 73. | Pietrzyk | Jan | Poland | Poland | N/A | Self | N/A | Personal Injury |
| 74. | Prosniewski | Kazimierz | New York | Poland | N/A | Self | N/A | Personal Injury |
| 75. | Ramos | Diane | New York | United States | N/A | Self | N/A | Personal Injury |
| 76. | Reilly | Raymond | New York | United States | N/A | Self | N/A | Personal Injury |
| 77. | Reilly | Dennis | North Carolina | United States | N/A | Self | N/A | Personal Injury |
| 78. | Salerno | Sara | New York | United States | N/A | Self | N/A | Personal Injury |
| 79. | Schiff | Irwin | New York | United States | Sandra Schiff | Administrator | United States | PI and WD |
| 80. | Schiff | Irwin | New York | United States | Sandra Schiff | Sibling | United States | Solatium |
| 81. | Shannon | Robert | New York | United States | James Shannon | Administrator | United States | PI and WD |
| 82. | Shannon | Robert | New York | United States | James Shannon | Sibling | United States | Solatium |
| 83. | Shannon | Louise | New York | United States | James Shannon | Parent | United States | Solatium |

| # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 84. | Smalls | Sharon | New York | United States | Joshua Smalls | Administrator | United States | Solatium |
| 85. | Smalls | Sharon | New York | United States | Joshua Smalls | Spouse | United States | Solatium |
| 86. | Smalls II | Joshua | New York | United States | Joshua Smalls | Child | United States | Solatium |
| 87. | Soegino | Liesim | New York | United States | Arnold Soegino | Administrator | United States | PI and WD |
| 88. | Soegino | Liesim | New York | United States | Arnold Soegino | Spouse | United States | Solatium |
| 89. | St. Thomas | Edward | New Jersey | United States | John St. Thomas | Administrator | United States | PI and WD |
| 90. | St. Thomas | Edward | New Jersey | United States | John St. Thomas | Parent | United States | Solatium |
| 91. | Bilinski | Bartosz | New York | Poland | Jerzy Stefanski | Administrator | Poland | PI and WD |
| 92. | Stefanska | Modesta | Poland | Poland | Jerzy Stefanski | Spouse | Poland | Solatium |
| 93. | Stefanski | Marcin | Poland | Poland | Jerzy Stefanski | Child | Poland | Solatium |
| 94. | Stefanski | Jakub | Poland | Poland | Jerzy Stefanski | Child | Poland | Solatium |
| 95. | Stefanska | Katarzyna | Poland | Poland | Jerzy Stefanski | Child | Poland | Solatium |
| 96. | Supit | GA Eleonora | New York | United States | Constantijn Supit | Administrator | United States | PI and WD |
| 97. | Supit | GA Eleonora | New York | United States | Constantijn Supit | Spouse | United States | Solatium |
| 98. | Supit | Alexander | New York | United States | Constantijn Supit | Child | United States | Solatium |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 99. | Tuwaidan | Caroline | New York | United States | Constantijn Supit | Child | United States | Solatium |
| 100. | Watts | Maxine | New York | United States | Clifton Watts | Spouse | United States | Solatium |

*Subject to confirmation